UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| HOWARD LEE HALL,<br><br>Plaintiff,<br><br>v.<br><br>ALLEN COUNTY PROSECUTOR'S OFFICE,<br><br>Defendant. | CAUSE NO. 1:26-CV-391-PPS-APR |

OPINION AND ORDER

Howard Lee Hall, a prisoner without a lawyer, filed a complaint alleging prosecutorial misconduct. ECF 1. "A document filed *pro se* is to be liberally construed, and a *pro se* complaint, however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers." *Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (quotation marks and citations omitted). Nevertheless, under 28 U.S.C. § 1915A, I must review the merits of a prisoner complaint and dismiss it if the action is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief.

Hall alleges Allen County Deputy Prosecutors made false statements during his sentencing hearing. "[I]n initiating a prosecution and in presenting the State's case, the prosecutor is immune from a civil suit for damages under § 1983." *Imbler v. Pachtman*, 424 U.S. 409, 431 (1976). Said another way, a "prosecutor is absolutely immune from suit for all actions and decisions undertaken in furtherance of his prosecutorial duties."

*Fields v. Wharrie*, 672 F.3d 505, 510 (7th Cir. 2012). "Absolute immunity shields prosecutors even if they act maliciously, unreasonably, without probable cause, or even on the basis of false testimony or evidence." *Smith v. Power*, 346 F.3d 740, 742 (7th Cir. 2003) (quotation marks and citation omitted). Accordingly, this complaint does not state a claim for which relief can be granted. *Izquierdo v. Pence*, No. 3:17-CV-835-JD-MGG, 2018 WL 1124444, at *1 (N.D. Ind. Feb. 23, 2018).

"The usual standard in civil cases is to allow defective pleadings to be corrected, especially in early stages, at least where amendment would not be futile." *Abu-Shawish v. United States*, 898 F.3d 726, 738 (7th Cir. 2018). "District courts, however, have broad discretion to deny leave to amend a complaint where the amendment would be futile." *Russell v. Zimmer, Inc.*, 82 F.4th 564, 572 (7th Cir. 2023). For the reasons previously explained, such is the case here.

For these reasons, this case is DISMISSED under 28 U.S.C. § 1915A because it is frivolous to sue a defendant who is immune from suit.

SO ORDERED on September 9, 2026.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT